NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30628
31-MAY-2011
08:06 AM

NO. 30628

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CASEY RINGOR, Petitioner-Appellant v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0021; CR. NO. 00-1-1757)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Casey Ringor (Appellant) filed a notice of appeal on July 27, 2010; (2) on September 20, 2010, the appellate clerk filed a notice of entering case on calendar and informed Appellant the statement of jurisdiction was due on September 30, 2010, and the opening brief was due on October 30, 2010; (3) Appellant filed the statement of jurisdiction; (4) this court granted Appellant two extensions of time to file the

opening brief and the opening brief was due on December 17, 2010;
(5) Appellant did not file the opening brief; (6) on April 15,
2011, the appellate clerk informed Appellant that: (a) the time
to file the opening brief expired; (b) the matter would be
brought to the attention of the court on April 25, 2011 for such
action as the court deems proper; and (c) the appeal may be
dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP)
Rule 30; and (7) Appellant did not file the opening brief or seek
relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed
pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi, May 31, 2011.


Chief Judge


Associate Judge


Associate Judge